JOHN HURD, Respondent, *v.* REPUBLIC STEEL CORPORATION, Appellant.

Submitted April 2, 1945; decided April 12, 1945.

*William L. Clay* for motion.

*Casper V. Baltensperger* opposed.

Motion dismissed.